# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BOBBY B. | : | |
| v. | : | NO. 24-CV-5730 |
| LELAND DUDEK,<br>Acting Commissioner of Social Security | : | |

## O R D E R

AND NOW, this 20th day of March, 2025, it is hereby ORDERED that Claimant's Request for Review is GRANTED IN PART and the matter REMANDED for an explicit assessment of the effect of Bobby B.'s mental limitations on his ability to work, and for the taking of additional vocational evidence, if necessary, to determine whether his RFC permits him to return to his past relevant work, or to perform other work.

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

/s/ Scott W. Reid

SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE